FRED MISNER and Another, Appellants, v. CHARLES SERVENTI and LAKE LOUISE MARIE, INC., Respondents.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CAROLINE E. COX, as Administratrix, etc., of MALACHI F. COX, Deceased, Respondent, v. SEGLIN-HARRISON CONSTRUCTION CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ADELINE NATHAN, as Administratrix, etc., of HERMAN NATHAN, Deceased, Respondent, v. LOUIS MAYERSOHN, Appellant, and Another.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN-LITTELL LEATHER CORPORATION, Relator, v. THOMAS M. LYNCH and Others, as Tax Commissioners of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED H. O'HARA, Respondent, v. ROSCOE WIGHTMAN and Others, as Assessors of the Town of New Berlin, New York, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

EDWARD S. PRESTON, SR., Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.*— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

FRANK WURM, Appellant, v. NEW YORK POWER AND LIGHT CORPORATION, INC., Respondent.— Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the convenience of material witnesses and the ends of justice would not be promoted by changing the place of trial from Washington county to Rensselaer county. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of the Application of C. RAYMOND NORTH and Others, Respondents, for an Order of Mandamus Directed to MICHAEL J. FOLEY, as Mayor of the City of Cohoes, and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

---

*Affd., 264 N. Y. 700.